IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01095-MEH

AMY TAKACS,

    Plaintiff,

v.

JEFFREY TENENBAUM,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 21, 2014**.

    On May 21, 2014, Plaintiff filed an Amended Complaint and Jury Demand as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) [docket # 15]. According to the Tenth Circuit, an amended pleading "supersedes the original complaint and renders the original complaint of no legal effect." *Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991). Therefore, Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [filed May 7, 2014; docket # 14] is **denied as moot** with leave to re-file, if Defendant so chooses, in response to the Amended Complaint and Jury Demand. *See Estate of Howard v. Cnty. of El Paso, Colo.*, No. 10-cv-02740-CMA-MEH, 2011 WL 1562843, at *4 (D. Colo. Apr. 22, 2011) (recognizing "requirement to file another responsive pleading to an Amended Complaint").