IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   14-cv-01095-MEH             **FTR – Courtroom A501**
**Date:**   July 24, 2014                          Ellen E. Miller,  Courtroom Deputy

AMY TAKACS,                                         Daniel P. Gerash

    Plaintiff,

v.

JEFFREY TENENBAUM,                                  Saskia A. Jordan

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**
**Court in session:**   2:02 p.m.

The Court calls case.  Appearances of counsel.   Also present is defendant, Jeffrey Tenenbaum. Discussion is held regarding any need for a stay in this case pending the outcome of the criminal case.
Discussion is held regarding pending motions.

Findings by the Court.

**It is ORDERED:**   Plaintiff's MOTION FOR ENTRY OF PROTECTIVE ORDER [Docket No. **24**, filed June 16, 2014] is **GRANTED,**  for reasons as set forth on the record.    A written Protective Order will be entered.

**It is ORDERED:**   Defendant's MOTION FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT [Docket No. **31**, filed July 15, 2014] is **GRANTED in part and DENIED IN PART**, for reasons as set forth on the record.
The parties have now stipulated to a deadline of SEPTEMBER 02, 2014 to designate non-parties at fault.

**Hearing concluded**       **Court in recess:**  2:13 p.m.     Total time in court:    00:11

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.