IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01095-MEH

AMY TAKACS,

    Plaintiff,

v.

JEFFREY TENENBAUM,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2014**.

    The Stipulated Motion to Approve Amended Scheduling Order [filed December 10, 2014; docket #53] is **granted**.  The parties shall submit to Chambers a copy of the proposed scheduling order attached to the motion at docket #53-1 in useable format (Word, Word Perfect) by email at hegarty_chambers@cod.uscourts.gov.