IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01095-MEH

AMY TAKACS,

    Plaintiff,

v.

JEFFREY TENENBAUM,

    Defendant.

## ORDER RE: IN CAMERA REVIEW OF DOCUMENTS

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    The Court has determined that the following documents, obtained through releases signed by the parties, are discoverable in this action. They should be produced, subject to appropriate designation under the Protective Order issued in this case. The "Bates" numbers used below are those affixed to the documents by the Court. Those documents with partial relevant entries should be produced in a redacted fashion, with no need to create a privileged log for the redactions as the omitted material is all irrelevant.

<u>AT MEDICAL RECORDS TO BE PRODUCED</u>

1. USDC AT 0048-0077 in their entirety.

2. USDC AT 0078-0151 in their entirety.

3. USDC AT 0164, left-hand column, entry under "Social History" as well as the top 1.25 inches of that page.

4. USDC AT 0181 (for context), USDC AT 0187, three sentences in middle of page beginning "Sexual . . . " and ending ". . . condom."; four sentences in last full paragraph, beginning "I did . . . ." and ending ". . . her pain."; and last full sentence on the page.

5. USDC AT 0191-0230 in their entirety.

6. USDC AT 0237; USDC AT 0247-0248; USDC AT 0251 bottom half of page; USDC AT 0252; USDC AT 0257; USDC AT 0271.

7. USDC AT 0303-0327.

8. USDC AT 0328; USDC AT 0329 top five lines, then the two lines beginning with "Current Problems"; then the two lines beginning "Current Medications".

9. USDC AT 0367, from line beginning "Date/Time   Type   Contacted   Contacted by" and then the following three lines; USDC AT 0368-0369 in their entirety.

JT EDUCATIONAL RECORDS

1. USDC JT 0013, three lines beginning "By action . . . " and ending ". . . 5/15/2013" along with top 1.75 inches of that page.

The parties should make arrangements to pick up all documents belonging to them, and which they will be producing to the other side, no later than **Friday, January 30, 2015.**

DATED at Denver, Colorado, this 27th day of January, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge