IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01095-MEH

AMY TAKACS,

    Plaintiff,

v.

JEFFREY TENENBAUM,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Before the Court is a Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 5, 2015; docket #59]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or her own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 5th day of March, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge